UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JAMES RUSSELL SMITH,<br>    Defendant. | § § § § § § § | CRIMINAL ACTION NO:<br>3:19-CR-395-B |

ORDER

On September 30, 2020, Defendant James Russell Smith was acquitted by a jury. Accordingly, Mr. Smith's passport shall be returned to him by the United States District Clerk for the Northern District of Texas.

SO ORDERED.

SIGNED: September 30, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE